**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Dane James<br>v.<br>Sarah Krupp and Technology Controls Group, Inc. | FILED STAMPED: JULY 16, 2008<br>08CV4042<br>JUDGE NORGLE<br>MAG. JUDGE KEYS     J. N. |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Dane James

| NAME (Type or print) |
|---|
| Daniel S. Kaplan |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Daniel S. Kaplan |
| FIRM |
| Kaplan & Greenswag LLC |
| STREET ADDRESS |
| 181 Waukegan Road, Suite 205 |
| CITY/STATE/ZIP |
| Northfield, IL 60093 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6204533 | 847-501-5300 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐