## United States District Court for the Northern District of Illinois

Revised 03/11/2008

Case Number: 08cv4042                    Assigned/Issued By: j. n.

Judge Name: norgle                        Designated Magistrate Judge: keys

### FEE INFORMATION

Amount Due:  [✓] $350.00   [ ] $39.00   [ ] $5.00
             [ ] IFP       [ ] No Fee   [ ] Other _____
             [ ] $455.00

Number of Service Copies _____        Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350                           Receipt #: 2939544

Date Payment Rec'd: 7-16-08                Fiscal Clerk: j. n.

### ISSUANCES

[✓] Summons                                [ ] Alias Summons
[ ] Third Party Summons                    [ ] Lis Pendens
[ ] Non Wage Garnishment Summons           [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons     _____
                                           _____
                                           (Victim, Against and $ Amount)
[ ] Citation to Discover Assets
                                           [ ] Other
[ ] Writ _____            _____
       (Type of Writ)                      _____
                                           (Type of issuance)

2 Original and 0 copies on 7-16-08 as to all defendants
                          (Date)