IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **DANE JAMES, an individual,** | ) | |
| | ) | |
| Plaintiff, | ) | 08CV4042 |
| | ) | |
| v. | ) | **Judge Norgle** |
| | ) | |
| **SARAH KRUPP, an individual, and** | ) | Mag. Judge Keys |
| **TECHNOLOGY CONTROLS GROUP, INC.,** | ) | |
| a Tennessee corporation, | ) | |
| | ) | |
| Defendants. | ) | |

### *NOTICE OF MOTION*

TO:   Sarah Krupp
      Ray Burton Road
      Lynchburg, TN 37352

      Technology Controls Group, Inc.
      Reg Agent David M. Parker Jr.
      18320 S. Pittsburgh Mountain Rd
      Sewanee, TN 37375

   PLEASE TAKE NOTICE that on **September 12, 2008 at 10:30 a.m.** I shall appear before the honorable Judge Charles R. Norgle in Courtroom 2341, or any other judge sitting in his stead, and then and there present the attached **Motion for Leave to Conduct Discovery as to the Whereabouts of Defendant**.

                                 DANE JAMES

                          By:    s/ Daniel S. Kaplan
                                 One of his attorneys

Daniel S. Kaplan (ARDC # 6204533)
Marcia G. Cotler (ARDC # 6201178)
KAPLAN & GREENSWAG LLC
181 Waukegan Road, Suite 205
Northfield, Illinois 60093
(847) 501-5300  Tel.
(847) 501-5325  Fax

## *CERTIFICATE OF SERVICE*

      I HEREBY CERTIFY that true and correct copies of this **Notice of Motion** and **Motion for Leave to Conduct Discovery as to the Whereabouts of Defendant** were served upon the Defendants, at their addresses of record, via U.S. Mail, on September 4, 2008 before 4:00 p.m.

                                          s/Daniel S. Kaplan
                                          Daniel S. Kaplan